**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jose ARANDA, AKA Vicious, Defendant-Appellant.**

**No. 13-50534**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 9, 2017 Pasadena, California

Filed July 17, 2017

Tara K. McGrath, Assistant U.S. Attorney, Fred Sheppard, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee ·

John Paul Balazs, Attorney, Law Offices of John P. Balazs, Sacramento, CA, for Defendant-Appellant

Before: LIPEZ,* BEA, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Jose Aranda pleaded guilty to a conspiracy in violation of the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962(d)), a drug trafficking conspiracy (21 U.S.C. §§ 841 and 846), and discharge of a firearm in relation to a crime of violence and drug trafficking crime (18 U.S.C. § 924(c)). We have jurisdiction of Aranda's appeal of his sentence under 18 U.S.C. § 3742 and 28 U.S.C. § 1291.[1]

The government concedes that the district court erred in applying a discharge of firearm enhancement under U.S.S.G. § 2B3.1(b)(2), because Aranda was also sentenced for discharging a firearm in violation of 18 U.S.C. § 924(c). *See United States v. Aquino*, 242 F.3d 859, 863–65 (9th Cir. 2001). We agree, and therefore vacate Aranda's sentence and remand for resentencing on an open record. *See United States v. Matthews*, 278 F.3d 880, 885–86 (9th Cir. 2002) (en banc).

---

* The Honorable Kermit V. Lipez, United States Circuit Judge for the First Circuit, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

1. Aranda's appeal was consolidated with the appeals of four codefendants: Jesus Barragan

**VACATED and REMANDED for resentencing.**

---

(No. 13-50516), Hector Fernandez (No. 13-50518), Francisco Gutierrez (No. 13-50525), and Pablo Franco (No. 13-50531). These appeals remain pending.